IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JARBIN ENRIQUE RUANO CARBAJAL : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | 2:26-cv-01547 |
| : | |
| TODD M. LYONS, *et al.* : | |
| : | |
| Respondents. : | |

### ORDER

AND NOW, this 11th day of March 2026, upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus (Dkt. 1) the Government is here by ORDERED to SHOW CAUSE no later than March 16, 2026, as to why the Petition should not be granted.

The Clerk of Court is directed to serve the U.S. Attorney's Office for the Eastern District of Pennsylvania with an acceptance of service form, the Petition, and a copy of this Order.[1]

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.

---

[1] Plaintiff's Counsel should also forward the petition as well as this filing to the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.